No. 300. HALLINAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.

MR. JUSTICE CLARK took no part in the consideration or decision of this application. *William F. Cleary, George Olshausen* and *Robert W. Kenny* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for the United States.